**Order entered October 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00476-CR

**DANIEL RODRIGUEZ SALDANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-47041-U**

## ORDER

Before the Court is court reporter Sasha Brooks' October 1, 2019 request for two additional days in which to file the reporter's record. We **GRANT** the request. The reporter's record received on October 3, 2019 has been filed as of that date.

/s/     BILL PEDERSEN, III
JUSTICE